IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGH CLARENCE RIDGLEY,<br><br>Defendant. | CR-11-75-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 30, 2020. (Doc. 176.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 29, 2020. (Doc. 173.) The United States accused Ridgley of violating his conditions of supervised release by using methamphetamine on two separate occasions. (Doc. 170 at 2.)

At the revocation hearing, Ridgley admitted that he had violated the conditions of his supervised release by using methamphetamine on two separate occasions. (Doc. 173.) Judge Johnston found that the violations Ridgley admitted proved to be serious and warranted revocation, and recommended that Ridgley receive a custodial sentence of 2 months with 34 months of supervised release to follow. Ridgley should serve the first 180 days of supervised release at a residential re-entry center. Ridgley was advised of the 14 day objection period and his right to allocute before the undersigned. He waived those rights. (Doc. 127.)

The violations prove serious and warrant revocation of Ridgley's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 176) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Hugh Clarence Ridgley be sentenced to 2 months with 34 months of supervised release to follow. Ridgley should serve the first 180 days of supervised release at a residential re-entry center.

DATED this 30th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court